■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN SMITH, Also Known as SUICIDE, Appellant. [768 NYS2d 395]—Appeal from a judgment of the County Court of Montgomery County (Catena, J.), rendered May 28, 2002, convicting defendant upon his plea of guilty of the crime of criminal sale of a controlled substance in the third degree.

Defendant pleaded guilty to the crime of criminal sale of a controlled substance in the third degree in full satisfaction of a multiple count indictment. Defendant waived his right to ap-

peal. He was sentenced in accordance with the plea agreement to a prison term of 4 to 12 years. On appeal, defense counsel seeks to be relieved of his assignment as counsel for defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. Our review of the record, defense counsel's brief and defendant's pro se submission leads to the same conclusion. The judgment of conviction is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Cardona, P.J., Mercure, Crew III, Spain and Carpinello, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.